EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Chief, Major Crimes Section

WES REBER PORTER         #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Wes.Porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00372 SOM -02 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| MARION FREITAS,     (02) | ) | |
| a.k.a. "Marion Jardine," | ) | New Trial Date:  3/7/06 |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

STIPULATION AND ORDER CONTINUING TRIAL
AND TO EXCLUDE TIME

IT IS HEREBY STIPULATED by and between the parties herein that the jury trial presently scheduled for January 31, 2006, be continued to March 7, 2006, at 9:00 a.m., before District Court Judge Susan Oki Mollway.  The final pretrial

conference will be held on February 6, 2006, at 10:00 a.m., before Magistrate Kevin S. Chang.

IT IS FURTHER STIPULATED that the time period beginning and including January 31, 2006, to and including March 7, 2006, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and the Defendants in a speedy trial.  The Court bases this finding on the fact that both Defendant's counsel needs additional time to adequately prepare for trial and that failure to grant the continuance would unreasonably deny the Defendants continuity of counsel and would further deny the

//
//
//
//
//
//
//
//
//
//
//
//
//

Defendants the reasonable time necessary for effective preparation, taking into account due diligence.

    IT IS SO STIPULATED:

    DATED: February _____, 2006, at Honolulu, Hawaii.

                      EDWARD H. KUBO, JR.
                      United States Attorney
                      District of Hawaii


                      By    /s/ Wes Reber Porter
                         WES REBER PORTER
                         Assistant U.S. Attorney


                      By    /s/ Donna Gray
                         DONNA GRAY, ESQ.
                         Attorney for Defendant
                          MARION FREITAS



                      _____
                      Susan Oki Mollway
                      United States District Judge


<u>United States v. MARION FREITAS</u>
CR. NO. 05-00372 SOM -02
"Stipulation and Order Continuing
    Trial and To Exclude Time"