EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Chief, Major Crimes

WES REBER PORTER         #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00372 SOM -02 |
| ) | |
| Plaintiff, ) | **ORDER FOR DISMISSAL** |
| ) | |
| vs. ) | |
| ) | |
| MARION FREITAS,       (02) ) | |
| a.k.a. "Marion Jardine," ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against MARION FREITAS on the grounds that the offenses charged therein are premised on substantially similar behavior supporting charges in state court, to which the

Defendant has pleaded guilty as of the date of Order. The Defendant's sentence of three (3) years probation in state court meets the ends of justice and is a fair resolution given her criminal conduct and the totality of the circumstances.

      The defendant is not in custody on the dismissed charge listed above.

      DATED: February 10, 2006, Honolulu, Hawaii.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By_____
  WES REBER PORTER
  Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.

      DATED: Honolulu, Hawaii; February 13, 2006.

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge


United States v. MARION FREITAS
Cr. No. 05-00372 SOM -02
"Order for Dismissal"